NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREW BOEHM, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

PREMIERE GUARDIAN PROTECTION, LLC d/b/a SafeLife 365; and John Doe,

Defendant(s).

CASE NO. 8:21-cv-00019-RFR-SMB

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), **Premiere Guardian Protection, LLC**, makes the following disclosures concerning parent
(Party Name)

companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and

similar entities, as well as unincorporated associations or similar entities.

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

■ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information: Rusty Rahm, a citizen of Kansas, is the sole owner of Premiere Guardian Protection, LLC.

Date: February 25, 2021

_____
(Signature)

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: Mark L. Javitch,

and I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants: _____.

s/ William E. Raney